UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-460 CAS(JC) | Date | January 9, 2014 |
|---|---|---|---|
| Title | Benny Robert Goodman v. James Hennings, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**     (IN CHAMBERS) **ORDER TO SHOW CAUSE RE DISMISSAL**

On March 22, 2013, plaintiff Benny Robert Goodman ("plaintiff"), who is in custody at the West Valley Detention Center ("WVDC") in Rancho Cucamonga, is proceeding *pro se*, and has been granted leave to proceed *in forma pauperis*, filed a Civil Rights Complaint ("Complaint") pursuant to 42 U.S.C. § 1983 ("Section 1983") against four officials connected with the San Bernardino County Sheriff's Department.

On December 2, 2013, this Court dismissed the Complaint with leave to amend and afforded plaintiff an opportunity, if he wished to pursue this matter, to file a First Amended Complaint by December 23, 2013. The Court expressly cautioned plaintiff that the failure timely to file a First Amended Complaint would result in the dismissal of this action on the grounds set forth in the December 2, 2013 order and/or for failure to prosecute. To date, although the foregoing deadline has expired, plaintiff has failed to file a First Amended Complaint or to seek an extension of time to do so.

IT IS ORDERED that the plaintiff shall show cause in writing, on or before **January 23, 2014**, why this action should not be dismissed based upon the deficiencies identified in the December 2, 2013 order and/or based upon plaintiff's failure to prosecute. **If plaintiff no longer wishes to pursue this action, he may expedite matters by instead signing and returning the attached Notice of Dismissal by the foregoing deadline.**

**Plaintiff is cautioned that the failure to comply with this order and/or to show good cause, will result in the dismissal of this action based upon the deficiencies identified in the December 2, 2013 order, plaintiff's failure to prosecute this action and/or plaintiff's failure to comply with the Court's order.**

IT IS SO ORDERED.

Attachment

| | Initials of Deputy Clerk | hr |
|---|---|---|