JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY ROBERT GOODMAN, | ) Case No. EDCV 13-460 CAS(JC) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| JAMES HENNINGS, | ) |
| Defendants. | ) |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: February 10, 2014

*Christina A. Snyder*

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE